**Dennis LONG, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40448.**

Missouri Court of Appeals, Western District.

Sept. 27, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1988.

Application to Transfer Denied Dec. 13, 1988.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and LOWENSTEIN and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of second Rule 27.26 motion for postconviction relief.

AFFIRMED. Rule 84.16(b).